**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 02-1389**

―――――――――――

In Re:  RICHARD HAMLETT,

                                                            Debtor.

―――――――――――――――――――――――

RICHARD HAMLETT,

                                        Plaintiff - Appellant,

            versus

BANK UNITED,

                                        Defendant - Appellee,

            and

EVELYN K. KRIPPENDORF,

                                                            Trustee.

―――――――――――

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-01-700-7, BK-98-2653-7-RKR, AP-00-199-7)

―――――――――――

Submitted:  September 30, 2002      Decided:  October 10, 2002

―――――――――――

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

―――――――――――

Affirmed by unpublished per curiam opinion.

---

Gary M. Bowman, Roanoke, Virginia, for Appellant.  Matthew D. Huebschman, JEFFREY A. FLEISCHHAUER, P.C., Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Richard Hamlett appeals the district court's order reversing the bankruptcy court's orders granting default judgment in favor of Hamlett and denying Bank United's motion for reconsideration.  Our review the record, the parties' briefs, and the district court's opinion discloses no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Hamlett v. Bank United, No. CA-01-700-7 (W.D. Va. Mar. 11, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED